## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Yevgeniya v. Arriola, | Civil No. 07-3645 (RHK/SRN) |
| Petitioner, | **ORDER** |
| v. | |
| Julie L. Myers, Assistant Secretary, U.S. Immigration & Customs Enforcement, | |
| Respondent. | |

Pursuant to Petitioner's Voluntary Dismissal of Petition (Doc. No. 10), **IT IS**

**ORDERED** that the Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  October 12, 2007

                                                                        s/Richard H. Kyle  
                                                                        RICHARD. H. Kyle  
                                                                        United States District Judge